UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

The Court acknowledges the Stipulation of Dismissal, dkt. 15.
JPH, 9/25/2019
Distribution via ECF.

| | |
|---|---|
| DAVID FRYE, TRUSTEE, | ) |
| | ) |
| INDIANA LABORERS WELFARE FUND, | ) CAUSE NO.: 1:18-cv-01909-JPH-TAB |
| | ) |
| INDIANA LABORERS PENSION FUND, | ) |
| | ) |
| INDIANA LABORERS TRAINING FUND, and | ) |
| | ) |
| INDIANA LABORERS DEFINED CONTRIBUTION TRUST FUND, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| TRADEMARK UTILITY SYSTEMS, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiffs, by counsel, hereby dismiss the above cause of action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

*/s/ Neil E. Gath*
Neil E. Gath, Attorney No. 11193-49
*Attorney for the Plaintiffs*

GATH LAW OFFICE
P.O. Box 44042
Indianapolis, IN  46244
Telephone: (317) 489-5715
Facsimile:  (317) 602-2180
ngath@gathlaw.com